UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gift Import Distributor
Plaintiff,

Vs. Case No. CA03-459T

Colibri Corporation
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- E, H, J, K, L, N, O, P, Q, R, U, V, AA, FF, QQ, SS, TT, UU, VV, WW, XX, YY, BBB, CCC, DDD, EEE, GGG, SSS and VVV.

David A. DiMarzio, Clerk

Carol Blanchard, Paralegal
Signature of Attorney
Date:

Karen J. Smith
Deputy Clerk